UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAI LONG LI, *individually and on behalf of all others similarly situated*,

                Plaintiff,

– against –

PATINA RESTAURANT GROUP, LLC, d/b/a THE SEA GRILL, DELAWARE NORTH COMPANIES, INC., and RAROC, LLC,

                Defendants.

**OPINION AND ORDER**

17 Civ. 07058 (ER)

Ramos, D.J.:

On December 10, 2018, the Court rejected the parties' proposed settlement of Plaintiff's New York Labor Law ("NYLL") and Fair Labor Standards Act ("FLSA") claims. *See* Doc. 26. Specifically, the Court found issue with the FLSA settlement agreement's release. *Id.* The parties have now filed an amended FLSA settlement agreement. *See* Doc. 27.

The Court finds that the parties have ameliorated the problems explained in the Court's December 10 order. Accordingly, the Court finds that it may approve the settlement agreement under *Cheeks v. Freeport Pancake House Inc.*, 796 F.3d 199 (2d Cir. 2015). That request is GRANTED.

It is SO ORDERED.

Dated: January 14, 2019
      New York, New York

                                            Edgardo Ramos, U.S.D.J.
                                            United States District Judge